United States District Court
Southern District of Texas
**ENTERED**
November 25, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX CHARLES WALLACE, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-15-2515 |
| STATE WIDE TRANSPORT, INC., | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P., filed at Document No. 3. It is hereby

ORDERED that Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P. (Document Number 3) is GRANTED and this case is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on November 25, 2015.

Ewing Werlein, Jr.
United States District Judge